1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CLIFTON MILLBROOK,

11                Petitioner,                    No. CIV S-09-2413 KJM P

12          vs.

13    PEOPLE OF THE STATE OF
      CALIFORNIA,

14

15                Respondent.                    <u>ORDER</u>

16    _____/

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

20    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21    a request to proceed in forma pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an

24    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25    petitioner's failure to comply with this order will result in the dismissal of this action; and

26    /////

                                              1

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: September 10, 2009.

4

5             U.S. MAGISTRATE JUDGE

6 1/md
 mill2413.101a

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26