IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON MILLBROOK,

      Petitioner,                       No. CIV S-09-2413 KJM P

      vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.                  ORDER

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

          The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1986).

1   After reviewing the petition for habeas corpus, the court finds that petitioner has
2 failed to exhaust state court remedies. The claims have not been presented to the California
3 Supreme Court. Further, there is no allegation that state court remedies are no longer available
4 to petitioner. Accordingly, the petition will be dismissed without prejudice.
5   Good cause appearing, IT IS HEREBY ORDERED that:
6   1.  Petitioner is granted leave to proceed in forma pauperis (docket no. 5);
7   2.  The Clerk of the Court is directed to serve a copy of this order together with a
8 copy of the petition filed in the instant case on the Attorney General of the State of California;
9 and
10   3.  Petitioner's application for a writ of habeas corpus is dismissed for failure to
11 exhaust state remedies.
12 DATED: October 27, 2009.

_____
U.S. MAGISTRATE JUDGE

15 1
mill2413.103